FILED
CLERK, U.S. DISTRICT COURT
SEP 2 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-567-RGK |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | 18 U.S.C. § 3143(a) Allegations of Violations of |
| Oscar Zamora, | Probation/Supervised Release Conditions) |
| Defendant. | |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///
///

```
 1     2.   The Court concludes:
 2        A.   (✓) Defendant has failed to demonstrate by clear and
 3             convincing evidence that he is not likely to pose
 4             a risk to the safety of any other persons or the
 5             community.  Defendant poses a risk to the safety
 6             of other persons or the community based on:
 7             instant allegations; criminal history;
 8             history of violations of supervised release.
 9
10
11
12        B.   (✓) Defendant has failed to demonstrate by clear and
13             convincing evidence that he is not likely to flee
14             if released.  Defendant poses a flight risk based
15             on: instant allegations; failure to
16             appear; substance abuse history
17
18
19
20
21        IT IS ORDERED that defendant be detained.
22
23     DATED: 9/23/15
24
25                                    _____
                                      HONORABLE JACQUELINE CHOOLJIAN
26                                    United States Magistrate Judge
27
28
```